478 A.2d 61

Commonwealth v. Rodriquez, Appellant.

Submitted April 2, 1984. Elaine DeMasse, Assistant Public Defender, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, JOHNSON and LIPEZ, JJ.

Order affirmed.

478 A.2d 896

Commonwealth v. Ruza, Appellant.

Reargument Denied Aug. 7, 1984.

Argued March 20, 1984. Dennis Woody for appellant; Helen Kane, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, P.J., and BECK and TAMILIA, JJ.

Judgment of sentence is reversed, the information is quashed and appellant is discharged.